Robert J. McConnell, Esq.
Mary Schaivo, Esq.
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI
401-457-7700

| | |
|---|---|
| Lisa A. Weiler, Administratrix of the Estate of<br>Scott A. Knabe, deceased, and on behalf of all<br>statutory beneficiaries,<br>        *Plaintiff,* | )<br>)<br>)<br>)<br>)<br>) |
|     vs. | )  Case No.: 05 CV 10364PBS<br>)<br>) |
| Raytheon Company, a Delaware Corporation,<br>Raytheon Aircraft Holdings Inc., a<br>Delaware Corporation, Raytheon Aircraft<br>Company, a Kansas Corporation, Raytheon<br> Aircraft Credit Corporation,  a Kansas<br>Corporation, Colgan Air Inc., a Virginia<br>Corporation d/b/a/ US Air Express,<br><br>        *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR WAIVER OF ELECTRONIC FILING

Plaintiff moves this Honorable Court for waiver of the electronic filing

requirement in filing the attached Amended Complaint.

In support thereof, Plaintiff states that Plaintiff's counsel has registered for

CM/ECF with the U.S. District Court for the District of Massachusetts.  However,

Plaintiff's counsel has not yet received the login and password information that would

allow Plaintiff to file this document electronically. (See Exhibit "A").  Plaintiff further

states that it is necessary to serve the Amended Complaint in a timely fashion in order to

comply with Fed. R. Civ. Pro. Rule 4.

Date: June 15, 2005                              Respectfully Submitted,

_____
Robert J. McConnell, Esq. (BBO # 550625)
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI   02903
401-457-7700

Attorney for Plaintiff


## CERTIFICATION


I hereby certify that on the 15 day of June, 2005, I did cause to be served, via

regular mail, postage prepaid, the within document to all counsel of record.

_____


Robert T. Hall
Hall, Sickels, Frei & Krattenburg
12120 Sunset Hills Rd.
Suite 150
Reston, VA 20190

William L. Oliver
Martin, Pringle, Oliver, Wallace & Bauer
100 No. Broadway
Suite 500
Witchita, KS 67202

Mark Dombroff
Dombroff & Gilmore PC
1676 International Drive
Penthouse
McLean, VA  22102

## McConnell, Bob

| | |
|---|---|
| **From:** | CMecfRegistrar@mad.uscourts.gov |
| **Sent:** | Friday, June 10, 2005 8:11 AM |
| **To:** | McConnell, Bob |
| **Subject:** | CMecf Registration Results - [Possible SPAM] Bayesian Filter detected spam |

Dear bmcconnell@motleyrice.com,

Thank you for registering for CM/ECF with the US District Court for the District of
Massachusetts. Your application information has been successfully entered into our
registration database.

 Information regarding the distribution of logins and passwords is currently posted on our
website.  Once your application information is verified, it will be updated in the CM/ECF
database and your login and password information  will be distributed shortly after.
Updates to this process will be posted on our website. http://www.mad.uscourts.gov/

 Computer based training modules are available on our website:
http://www.mad.uscourts.gov/ecf22/index.html

 ***This message was automatically generated in order to verify your email address because
you registered for CM/ECF with this court. Please DO NOT reply to this message.***



EXHIBIT

A

1