# UNITED STATES DISTRICT COURT

_____ District of _____

Lisa A. Weiler, et. al.
    Plaintiff,

V.

Raytheon Company, et. al.
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10364 PBS**

TO: (Name and address of Defendant)

Colgan Air, Inc.
c/o Douglas K. Bergere
9100 Church Street, Suite 107
Manassas, VA 20110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert McConnell, Esq.
Mary Schiavo, Esq.
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 01940

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 1 5 2005

CLERK      _signature_      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | June 17, 2005 at 4:00 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eddie W. Null, Sr. | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Douglas K. Bergere, REgistered Agent for Colgan Air, Inc., by leaving with Eva Leamond, Legal Secretary to Mr. Bergere, a person authorized to accept service for Mr. Bergere. 9100 Church St. Ste. 107, Manassas, VA 20110.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 21, 2005
                  *Date*                    *Signature of Server*

MLQ ATTORNEY SERVICES
2110 Powers Ferry Road, Ste. 305
Atlanta, GA 30339
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.