AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Lisa A. Weiler, et. al.
    Plaintiff,

V.

Raytheon Company, et. al.
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10364 PBS

TO: (Name and address of Defendant)

    Raytheon Aircraft Credit Corporation
    c/o Wayne W. Wallace
    10511 E. Central
    Wichita, KS 67206-0000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert McConnell, Esq.
    Mary Schiavo, Esq.
    Motley Rice LLC
    321 South Main Street
    P.O. Box 6067
    Providence, RI 01940

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON              JUN 15 2005

CLERK      *[signature]*      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 20, 2005 9:40 a.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Jim Walters | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Raytheon Aircraft Credit Corporation by serving Wayne Wallace at 10511 E Central, Wichita, KS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/21/05__
Date

*Signature of Server*: Jim Walters

970 N Santa Fe, Wichita, KS 67214

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.