UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br><br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br><br>    Defendants. | DOCKET NO: 05cv10364 PBS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Peter C. Knight, Gary W. Harvey and Tory A. Weigand, of Morrison Mahoney LLP, on behalf of the defendants Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company and Raytheon Aircraft Credit Corporation.

>The Defendants,
>RAYTHEON COMPANY, RAYTHEON AIRCRAFT
>HOLDINGS, INC., RAYTHEON AIRCRAFT
>COMPANY AND RAYTHEON AIRCRAFT CREDIT
>CORPORATION
>By their attorneys,
>
>_/s/ Gary D. Harvey_____
>Peter C. Knight, BBO #276000
>Gary W. Harvey, BBO #547993
>Tory A. Weigand, BBO #548553
>MORRISON MAHONEY LLP
>250 Summer Street
>Boston, MA 02210
>(617) 439-7500

Dated: July 14, 2005

968809v1