UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br><br>Defendants. | DOCKET NO: 05cv10364 PBS |

**DEFENDANTS', RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, AND RAYTHEON AIRCRAFT CREDIT CORPORATION**
<u>**MOTION FOR *PRO HAC VICE* ADMISSION**</u>

NOW COME the defendants, Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company and Raytheon Aircraft Credit Corporation and by and through its counsel hereby move this Honorable Court to grant admission *pro hac vice* to Michael G. Jones, of the law firm Martin, Pringle, Oliver, Wallace & Bauer, L.L.P. in Wichita, Kansas. In support of this motion, the defendants state as follows:

The undersigned is an attorney of law of the Commonwealth of Massachusetts and is familiar with the facts set forth herein.

Attorney Jones is a partner of Martin, Pringle, Oliver, Wallace & Bauer, L.L.P. in Wichita, Kansas.

968691v1

Attorney Jones is a member in good standing and is admitted to practice before the bar of the State of Kansas. He has likewise been admitted to practice before the United Stated Court of Appeals for the Tenth Circuit, and the United States District Courts for the District of Kansas.

Attorney Jones has not been censured, suspended, disciplined or disbarred by any court and there is no disciplinary action, contempt, or other proceeding pending against him before any court. Further, Attorney Jones is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

The above-referenced attorney is knowledgeable about the incidents giving rise to the claims in this action and has extensive experience in lawsuits of this nature.

WHEREFORE, the defendants, Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company and Raytheon Aircraft Credit Corporation, respectfully requests that the Motion for *Pro Hac Vice* Admission of Michael G. Jones, Esquire be **<u>GRANTED</u>**.

>The Defendants,
>RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY AND RAYTHEON AIRCRAFT CREDIT CORPORATION
>By their attorneys,
>
>/s/ Gary W. Harvey
>_____
>Peter C. Knight, BBO # 276000
>Gary W. Harvey, BBO #547993
>MORRISON MAHONEY LLP
>250 Summer Street
>Boston, MA 02210
>(617) 439-7500

Dated: July 18, 2005

968691v1