# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on  September 20, 1990 ,

MICHAEL GORDON JONES

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 12th day of July, 2005.

*Carol G. Green*
Clerk of the Supreme Court of Kansas