UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA A. WEILER, Administratix of the Estate of Scott A. Knabe, deceased, et al., <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT CO., RAYTHEON AIRCRAFT CREDIT CORPORATION, and COLGAN AIR INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-10364-PBS |

## DEFENDANT COLGAN AIR, INC.'S
## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendant Colgan Air., Inc. ("Colgan") moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the claims brought against Colgan by Plaintiff Lisa A. Weiler, Administratix of the Estate of Scott A. Knabe, et al., on the grounds that the Plaintiff fails to state a claim upon which relief can be granted. As further grounds for the allowance of this Motion, Colgan relies on the accompanying Memorandum of Law filed herewith.

WHEREFORE, Defendant Colgan Air., Inc. respectfully requests that this Honorable Court order that this Motion To Dismiss be ALLOWED.

July 26, 2005

Respectfully submitted,
COLGAN AIR, INC,

By its attorneys,

_____
Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

*Of counsel*:
Mark A. Dombroff
Thomas B. Almy
Andre M. Gregorian
DOMBROFF & GILMORE, P.C.
1676 International Drive
McLean, Virginia 22102
(703) 336-8800

### Certification of Compliance with Local Rule 7.1(A)(2)

I, Anthony L. DeProspo, Jr., counsel for Defendant Colgan Air, Inc., certify that counsel for Colgan Air, Inc. has conferred with counsel for the Plaintiff in an effort to narrow or resolve the issue that is the subject of this Motion, and the Plaintiff has not assented to this Motion.

_____        _7/26/05_____
Anthony L. DeProspo, Jr.                Date

## CERTIFICATE OF SERVICE

    I hereby certify that I served a true copy of the above document by ~~hand~~/mail upon all attorneys of record.

Dated: July 26, 2005             _/s/_