# UNITED STATES DISTRICT COURT

_____  District of  _____

Lisa A. Weiler, et. al.
      Plaintiff,

V.

Raytheon Company, et. al.
      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05   10364 PBS**

TO: (Name and address of Defendant)

Raytheon Aircraft Holdings, Inc.
The Corporation Company, Inc.
515 South Kansas Avenue
Topeka, KS 66603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert McConnell, Esq.
Mary Schiavo, Esq.
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 01940

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                            JUN 15 2005
_____
CLERK                                                        DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 24th, 2005 |
| NAME OF SERVER (PRINT)  Abigail Phelps | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): Service on Raytheon Aircraft Holdings Inc. by serving The Corporation Company Inc. by serving at 515 S Kansas Ave, Topeka, KS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/24/05       *[signature]*
             Date            Signature of Server

970 N Santa Fe, Wichita, KS 67214
Address of Server

MLQ ATTORNEY SERVICE
2110 POWERS FERRY RD
SUITE 305
ATLANTA, GA 30339
1-800-446-8794

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.