UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA A. WEILER Administratrix of the Estate of Scott A. Knabe, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY et al.,<br><br>Defendants. | Case No.: 05 CV 10364 PBS |

## PLAINTIFF'S RESPONSE TO COLGAN AIR, INC.'S MOTION TO DISMISS AND REQUESTING LEAVE TO DISMISS COUNT V OF THE AMENDED COMPLAINT

Plaintiff Lisa Weiler, through counsel, and responds to Defendant Colgan Air Inc.'s Motion to Dismiss Count V of the Amended Complaint in this action.

Count V is the only count in this complaint against defendant Colgan Air Inc. The Plaintiff, Lisa A. Weiler, agrees that Count V should be dismissed for the reason that Count V was based on Massachusetts General Laws Chapter 152 § 28, and which law and section are not applicable to this action.

WHEREFORE, plaintiff agrees Count V should be dismissed and requests this court's order dismissing Count V of her complaint.

1

Respectfully submitted,
By: /s/ Robert McConnell
    Robert McConnell, Esq.
    (BBO No. 550625)
    Motley Rice LLC
    321 South Main St.
    P.O. Box 6067
    Providence, RI
    Ph: (401) 457-7700
    bmcconnell@motleyrice.com

And

Mary Schiavo, Esq.
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Ph: (843)216-9374