## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA A. WEILER, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>RAYTHEON COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 05CV10364PBS |

### DEFENDANT COLGAN AIR, INC.'S MOTION FOR ADMISSION OF ATTORNEY THOMAS B. ALMY PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Anthony L. DeProspo, Jr., a member of the bar of this Court and attorney for Defendant Colgan Air, Inc., moves to admit attorney Thomas B. Almy to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Thomas B. Almy, which states that: (1) he is a member in good standing of the bars of the District of Columbia and the State of Maryland; (2) he is not currently the subject of any disciplinary proceedings as a member of any bar; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Almy's affidavit is attached as Exhibit A.

The Plaintiff has assented to this Motion.

WHEREFORE, Defendant Colgan Air, Inc. respectfully requests that the Court grant this Motion to admit Thomas B. Almy *pro hac vice*.

Dated: July 8/8, 2005

COLGAN AIR, INC.
By its attorneys,

_____
Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN & LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

*Of counsel:*

Mark A. Dombroff
Thomas B. Almy
DOMBROFF & GILMORE, P.C.
1676 International Drive, Penthouse
McLean, VA 22101
(703) 336-8800

### Certification of Compliance with Local Rule 7.1(A)(2)

I, Anthony L. DeProspo, Jr., counsel for Defendant Colgan Air, Inc., certify that counsel for Colgan Air, Inc. has conferred with counsel for the Plaintiff in an effort to narrow or resolve the issue that is the subject of this Motion, and the Plaintiff has assented to this Motion.

_____     _8/8/05_____
Anthony L. DeProspo, Jr.             Date

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that I served a true copy of the above document by ~~hand~~/mail upon all attorneys of record.

Dated: August 8, 2005                  _[signature]_

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA A. WEILER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 05CV10364PBS |
| ) | |
| RAYTHEON COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF THOMAS B. ALMY IN SUPPORT OF
COLGAN AIR, INC.'S MOTION FOR ADMISSION PRO HAC VICE**

I, Thomas B. Almy, on my oath swear and depose:

1. I am a partner of the law firm of Dombroff & Gilmore, P.C., 1676 International Drive, McLean, Virginia, (703) 336-8800.

2. I was admitted to the Bar of the State of Maryland in 1978 and the District of Columbia in 1983.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My firm represents Defendant Colgan Air, Inc. in the above-captioned matter and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 28th day of July, 2005.

                                                                                          */s/ Thomas B. Almy*
                                                                                          Thomas B. Almy