UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br><br>      Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  DOCKET NO: 05cv10364 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT STATEMENT PURSUANT TO
FED.R.CIV.P.26(f) AND L.R. 16.1(b)**

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

1.      Pursuant to Fed.R.Civ.P. 26(f) and L.R. 16.1(b), they conferred for the purpose of:

      a.      Preparing an agenda of matters to be discussed at the scheduling conference;

      b.      Preparing a proposed pre-trial schedule for the case that includes a plan for discovery; and

      c.      Considering whether they will consent to trial by a magistrate judge.

2.      After consideration of the topics contemplated by Fed.R.Civ.P. 16(b) and 26(f) the parties propose the following pretrial schedule.

961075v1

| Pretrial Activity | Date |
|---|---|
| Required Disclosures in accordance with 26(a)(1)(E) (14 days after the scheduling conference) | 10/12/05 |
| Written Discovery Requests | 11/18/05 |
| Joinder of Additional Parties and/or Amendment of Pleadings | 12/2/05 |
| All fact discovery completed including depositions of parties and lay witnesses | 01/30/06 |
| Defendants' Proposed Deadlines[1] | |
| **Expert Disclosures** | |
| Disclosures of name and address of expert witnesses together with experts' written report and supplementation. | |
| Plaintiff | 02/20/06 |
| Defendant | 03/30/06 |
| **Expert Depositions** | |
| Plaintiff | 04/28/06 |
| Defendant | 05/30/06 |
| All dispositive motions filed | 30 days after the close of all discovery (i.e. 6/30/06) |
| Oppositions to Dispositive Motions Filed | 7/31/06 |
| Hearing on Dispositive Motions | 09/08/06 |
| All motions in limine filed | 09/15/06 |
| Hearing on motions in limine | 9/29/06 |
| Final Pre-Trial Conference | 10/15/06 |
| Trial | 11/01/06 |

---

[1] After conferring on an agreed to joint scheduling statement, the parties were unable reach an agreement with respect to the scheduling of Expert Disclosure and Dispositive Motions deadlines and each submit their proposals herein for the court's consideration.

2

961075v1

| Plaintiffs' Proposed Deadlines[2] | |
|---|---|
| Plaintiff's expert designation deadline | 02/20/06 |
| Defendant's expert designation deadline | 03/30/06 |
| Expert discovery deadline | 04/30/06 |
| Summary Judgment Motion filing deadline | 05/30/06 |
| Opposition to Summary Judgment Motions | 06/15/06 |
| Hearing on Summary Judgment or Pretrial Conference | 07/18/06 @ 2:00 p.m. |
| Trial | August 7, 2006 |

<u>Trial Estimate</u> – 14-21 days.

3.    <u>Other Matters</u>

    a.    <u>Trial by Magistrate</u>.  The parties do not consent to trial before a U.S. Magistrate Judge.

    b.    <u>Certificate of Consultation</u>.  The parties will submit the Certificate of Consultation under separate cover.

    c.    <u>Settlement Proposal</u>.  Plaintiff has recently presented a settlement demand book to defendants in this case.

    d.    <u>Consolidation</u>.  Raytheon and the plaintiffs are agreeable to the consolidation of the Dean and Weiler cases for the purposes of discovery. Raytheon and the plaintiffs agree that the discovery deadlines of both cases should be the same.

---

[2] Counsel for the plaintiffs seek to adopt the same schedule as that ordered by the Court in the related Dean case. (No. 05-10155-PBS).

3

e.        Agenda

(i)      Approve and/or establish discovery, motion and trial schedule; and

(ii)     Such other matters as the Court may find appropriate and useful to discuss.

| The Plaintiff,<br>LISA WEILER, ADMINISTRATRIX,<br>By her attorneys,<br><br>/s/ Mary Schiavo<br>_____<br>Mary Schiavo, *Pro Hac Vice*<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465<br>(843) 216-9374<br><br>and<br><br>Robert S. McConnell, BBO #550625<br>MOTLEY RICE LLC<br>321 South Main Street<br>P.O. Box 6067<br>Providence, RI<br>(401) 457-7700 | The Defendants,<br>RAYTHEON COMPANY, RAYTHEON<br>AIRCRAFT HOLDINGS, INC.,<br>RAYTHEON AIRCRAFT COMPANY AND<br>RAYTHEON AIRCRAFT CREDIT<br>CORPORATION<br>By their attorneys,<br><br>/s/ Gary W. Harvey<br>_____<br>Peter C. Knight, BBO # 276000<br>Gary W. Harvey, BBO #547993<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500<br><br>and<br><br>Michael G. Jones, *Pro Hac Vice*<br>KS Bar 14511<br>Martin, Pringle, Oliver, Wallace<br>  & Bauer, L.L.P.<br>100 North Broadway, Suite 500<br>Wichita, KS 67202<br>(316) 265-9311<br>(316) 265-2955 (facsimile) |

Dated:  September 22, 2005

4

961075v1