UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br><br>Defendants. | DOCKET NO: 05cv10364 PBS |

**DEFENDANTS', RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, AND RAYTHEON AIRCRAFT CREDIT CORPORATION CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

A. Establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

B. Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Raytheon Company, Raytheon Aircraft
Holdings, Inc., Raytheon Aircraft Company and
Raytheon Aircraft Credit Corporation

By: Wayne W. Wallace
Its: Raytheon Aircraft Holdings and Raytheon Aircraft Company Vice President, General Counsel

963151v1

By its attorneys,

/s/ Gary W. Harvey

Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO #547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

and

Michael G. Jones, *Pro Hac Vice*
KS Bar 14511
Martin, Pringle, Oliver, Wallace
 & Bauer, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
(316) 265-9311
(316) 265-2955 (facsimile)

Dated: September 22, 2005