UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LISA A. WEILER Administratrix of the Estate )
of Scott A. Knabe, deceased, and on behalf of )
all statutory beneficiaries, )
)
)
Plaintiff, )
) Case No.: 05 CV 10364 PBS
vs. )
RAYTHEON COMPANY et al., )
)
Defendants. )
)
)
)
)
)

## PLAINTIFF'S CERTIFICATION PURUSANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

A. Establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

B. Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

*Lisa A. Weiler*

Lisa A. Weiler, Adminstratrix of the Estate of
Scott A. Knabe

By Plaintiff's attorneys,

/s/ Robert McConnell
Robert McConnell, Esq.
(BBO No. 550625)
Motley Rice LLC
321 South Main St.
P.O. Box 6067
Providence, RI
Ph: (401) 457-7700
bmcconnell@motleyrice.com

And

Mary Schiavo, Esq.
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Ph: (843)216-9374

Dated: September 23, 2005