UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-10364-PBS

Lisa Weiler
Plaintiff

v.

Raytheon Company, et al
Defendant,

ORDER OF CONSOLIDATION

SARIS, D.J.

    This Court hereby ORDERS that the above-entitled action be consolidated with civil action number 05-CV-10155-PBS which has been designated the lead case. All future pleadings are to be filed in case number 05-CV-10155-PBS.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

September 29, 2005

To: All Counsel