UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lisa Weiler
Plaintiff,

       V.                                  Civil Action Number
                                            05-10364-PBS

Raytheon Company, et al
Defendant.                                      September 28, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/30/06

Plaintiff's expert designation deadline: 2/20/06

Defendant's expert designation deadline: 3/30/06

Expert discovery deadline: 5/30/06

Summary Judgment Motion filing deadline: 6/30/06

Opposition to Summary Judgment Motions: 7/15/06

Hearing on Summary Judgment or Pretrial Conference: 8/9/06 at 2:00 p.m.

Final Pretrial Conference: 9/6/05 at 2:00 p.m.

Jury Trial: 9/18/05 at 9:00 a.m.

Case to be referred to Mediation program: early Winter, 2005

                                                      By the Court,

                                                      /s/ Robert C. Alba
                                                      Deputy Clerk